No. 764. THE UNITED STATES, PETITIONER, *v.* E. J. LAVINO & COMPANY; No. 765. THE UNITED STATES, PETITIONER, *v.* O. G. HEMPSTEAD & COMPANY; and No. 766. THE

UNITED STATES, PETITIONER, *v.* J. W. HAMPTON, JR., & COMPANY. February 21, 1910. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Lloyd* for the petitioner. *Mr. Thomas S. Gates* for the respondents.